IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| COLLINGWOOD USA, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> AHMAD ATWAN, et al., <br><br> Defendants. | Case No. 3:20-cv-189-S-BT |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated August 28, 2020. The Court has made a *de novo* review of those portions of the proposed Findings, Conclusions, and Recommendation to which objections were made. The objections are overruled.

Accordingly, Plaintiffs' Motion to Remand (ECF No. 10) is GRANTED, and this case is REMANDED to the 116th District Court of Dallas County, Texas. The Clerk of Court is directed to effect this remand in accordance with the usual procedure. Additionally, Plaintiffs' request for attorney's fees, costs, and expenses is DENIED.

**SO ORDERED.**

SIGNED October 2, 2020.

_____
**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**